UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AIDEN AFSHAR,

                Plaintiff,

      v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.,

                Defendants.

CASE NO. **2:26-cv-01111-KKE**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 1st day of April, 2026.

                _____

                BRIAN A. TSUCHIDA
                United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1