The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AIDEN AFSHAR,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01111-KKE<br><br>STIPULATED MOTION TO STAY AND ORDER<br><br>Noted for Consideration:<br>June 10, 2026 |

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, the Parties hereby jointly stipulate and move to stay these proceedings for 45 days. Plaintiff brought this action pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule and complete his oath ceremony as the final step in adjudicating his Form N-400, Application for Naturalization. Plaintiff's oath ceremony has now been scheduled for June 29, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

P. 1.

With an additional 45 days, the claims in this litigation may be resolved without the need for further judicial intervention. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 45 days. The parties will submit a joint status report on or before the end of this period.

DATED this 10th day of June, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 205 words, in compliance with the Local Civil Rules.

*s/ Aiden Afshar*
AIDEN AFSHAR
179 Pump Drive, Apt. 307
Burlington, WA 98233
Phone: 469-400-1499
Email: aidenafshar@yahoo.com

*Pro se Plaintiff*

**ORDER**

The case is stayed. The parties shall submit a status update within 45 days of this Order. It is so **ORDERED**.

Dated this 11th day of June, 2026.

Kymberly K. Evanson
United States District Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970